ORIGINAL

FILED
JUN 11 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,** | § | |
| | § | |
| **v.** | § | **NO.** 07-366 C |
| | § | |
| **THE UNITED STATES** | § | |

**CERTIFICATE REQUIRED BY RCFC 7.1**

I, the undersigned, counsel of record for Public Warehousing Company K.S.C., certify that to the best of my knowledge and belief, the following are parent corporations and/or publicly held corporations that own 10% or more of Public Warehousing Company K.S.C.'s stock.

1. National Real Estate Co., K.S.C., a publicly traded company.
2. Public Institution for Social Security

Dated: June 11, 2007

Michael R. Charness
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004
Telephone: (202) 639-6780
Facsimile: (202) 639-6640