# In the United States Court of Federal Claims

No. 07-366C

(Filed: June 13, 2007)

| | |
|---|---|
| **************************************** | * |
| | * |
| PUBLIC WAREHOUSING COMPANY K.S.C., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| **************************************** | * |

SCHEDULING ORDER

On June 11, 2007, Plaintiff filed its Complaint in this action, along with an application for a temporary restraining order and a motion for preliminary injunction. The Court held a hearing on June 12, 2007 to address the application for a temporary restraining order, and to set a schedule for upcoming proceedings. With the agreement of counsel for both parties, the Court established the following schedule:

1. Defendant shall file its response to Plaintiff's motion for preliminary injunction by the close of business on June 18, 2007.

2. Plaintiff may file a reply in support of its motion by the close of business on June 20, 2007.

3. The parties are requested to appear before the Court for a hearing on the preliminary injunction at 10:00 AM on June 22, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge