**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | ) | |
| Plaintiff, | ) | No. 07-366C |
| v. | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian A. Mizoguchi as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian A. Mizoguchi
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
(202) 305-3319

Dated: June 14, 2007

CERTIFICATE OF FILING

I hereby certify that on June 14, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian A. Mizoguchi