**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **NO. 07-366C** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

**NOTICE OF SUBMISSION OF CERTIFIED CHECK**

In compliance with the Temporary Restraining Order entered by the Court on June 13, 2007, plaintiff Public Warehousing Company K.S.C. is submitting a certified check in the amount of $100.00, made payable to the Clerk, United States Court of Federal Claims, as security in this case.

DATED: June 14, 2007

Respectfully submitted,

/s/ Michael R. Charness

Michael R. Charness
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, Suite 600
Washington, D.C. 20004
Telephone: (202) 639-6780
Facsimile: (202) 639-6640

ATTORNEYS FOR PUBLIC WAREHOUSING COMPANY K.S.C.