**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., Plaintiff, | ) | |
| v. | ) | No. 97-366C (Judge Wheeler) |
| UNITED STATES, Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

For the purpose of disposing of plaintiff's claims without any further judicial proceedings, the parties have entered into a settlement agreement dated June 18, 2007. Therefore, and as is a condition of the parties' settlement agreement, pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims, the parties have agreed and hereby stipulate that: (1) this action is dismissed with prejudice, with each party to bear its own fees, costs and expenses, and (2) the temporary restraining order issued in this case dated June 13, 2007, should be vacated immediately.

Respectfully submitted:

/s/ Michael R. Charness
MICHAEL R. CHARNESS, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, Suite 600
Washington, D.C. 20004
Tel.: (202) 639-6780

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Authorized Representative
of the Attorney General

/s/ Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-3319

OF COUNSEL:

NORMAN V. LUSSIER
DANIEL K. POLING
Defense Logistics Agency

Attorney for Plaintiff

DATED: June 18, 2007

Attorneys for Defendant

DATED: June 18, 2007