CERTIFICATE OF FILING

I hereby certify that on June 18, 2007 a copy of foregoing “JOINT STIPULATION OF DISMISSAL” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian A. Mizoguchi