# In the United States Court of Federal Claims

No. 07-366C

(Filed: June 19, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| PUBLIC WAREHOUSING COMPANY K.S.C., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

DISMISSAL ORDER

On June 18, 2007 counsel for the parties filed with the Court a Joint Stipulation of Dismissal indicating that the parties have entered into a settlement agreement to dispose of this case without further judicial proceedings.

Accordingly, and at the request of the parties, the Temporary Restraining Order issued June 13, 2007 is vacated as of the date of this Order. The Clerk of the Court is directed to dismiss this action with prejudice pursuant to Rule 41(a)(1)(ii). Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge